# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>    **Plaintiff**<br><br>    v.<br><br>JENNIFER VINCENT, U.S. Postal Inspector, et al.,<br><br>    **Defendants** | CASE NO. 1:18-CV-1502 AWI EPG<br><br>ORDER FOR INTRADISTRICT TRANSFER TO THE SACRAMENTO DIVISION |

    Plaintiff is detained by the United States Immigration and Customs Service in Miami, Florida in connection with immigration matters. On October 29, 2018, Plaintiff filed this civil rights case in the Fresno Division of the Eastern District of California, as well as a motion to proceed in forma pauperis. See Doc. Nos. 1, 2.

    Pursuant to Local Rule 120(d), all federal civil and criminal actions arising in Sacramento County are to be commenced within the Sacramento Division of the Eastern District of California. "Whenever in any action the Court finds upon its own motion . . . that the action has not been commenced in the proper court in accordance with [Local Rule 120] . . . the Court may transfer the action to another venue within the [Eastern District of California]." Local Rule 120(f

    Here, the Complaint identifies as defendants the United States and two employees of the United States Postal Service. See Doc. No. 1. The Complaint indicates that the postal workers reside in Sacramento, California. See id. Additionally, the conduct at issue appears to have occurred in or around Rancho Cordova, California, which is in Sacramento County. See id. No

connection to any counties within the Fresno Division of the Eastern District of California is apparent.

Therefore, the Court finds that this action should have been filed in the Sacramento Division. Pursuant to Local Rule 120(f), the Court will transfer this case forthwith.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Local Rule 120(f), this case is TRANSFERRED to the Sacramento Division of the Eastern District of California;

2. The undersigned expresses no opinion on Plaintiff's motion to proceed in forma pauperis, which remains pending; and

3. All future filings shall reference the new Sacramento case number (once issued) and shall be filed at:

   United States District Court

   Eastern District of California

   501 "I" Street

   Sacramento, CA  95814.

IT IS SO ORDERED.

Dated:   November 1, 2018

SENIOR  DISTRICT  JUDGE